

**Entered on Docket
November 09, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.
08-73508

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-14781-lbr |
| Orville P. Flores and Maria Victoria Flores | MS Motion No. 65<br>Date: October 4, 2010<br>Time: 10:30 AM |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments(s) at $2,036.85 (August 1, 2010 - October 1, 2010) | $6,110.55 |
| 3 Late Charge(s) at $82.76 (August 1, 2010 - October 1, 2010) | $248.28 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $7,258.83 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,209.81 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the November 20, 2010 payment and continuing throughout and concluding on or before March 20, 2010. The sixth final payment in the amount of $1,209.78 shall be paid on or before April 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the October 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4327 Mesa Landing Ave North Las Vegas, NV 89085, and legally described as follows:

Parcel I:
Lot 128 of Grand Teton/Valley NW 80 R1-60 No. 1, as shown by map thereof on file in Book 121 of Plats, page 26, in the Office of the County Recorder of Clark County, Nevada and amended by Certificate of Amendment recorded January 14, 2005 in Boom 20040114 as Document No. 04106 and amended by Certificate of Amendment recorded June 16, 2005 in Book 20050616 as Document No. 0001448.

Parcel II:
An easement for ingress and egress over private streets and common areas as shown and delineated on said map.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement.

If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale.

Submitted by:

WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By _____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

George Haines

By _____

George Haines
Attorney for Debtors
1020 Garces Avenue
Las Vegas, NV 89101

Nevada Bar No._____

If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale.

Submitted by:

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt                                  George Haines

By_____            By_____

Kathleen A Leavitt                                  George Haines
Chapter 13 Trustee                                 Attorney for Debtors
201 Las Vegas Blvd., So. #200              1020 Garces Avenue
Las Vegas, NV 89101                            Las Vegas, NV 89101

Nevada Bar No._____

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    ____ The court has waived the requirements set forth in LR 9021(b)(1).
    ____ No party appeared at the hearing or filed an objection to the motion.
    _x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

    _x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
    _X_ approved the form of this order    ____ disapproved the form of this order
    ____ waived the right to review the order and/or    ____ failed to respond to the document
    ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    _X_ approved the form of this order    ____ disapproved the form of this order
    ____ waived the right to review the order and/or    ____ failed to respond to the document

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
    ____ approved the form of this order    ____ disapproved the form of this order
    ____ waived the right to review the order and/or    ____ failed to respond to the document
    ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ____ approved the form of this order    ____ disapproved the form of this order
    ____ waived the right to review the order and/or    ____ failed to respond to the document

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor