TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.
08-73508

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 08-14781-lbr |
| Orville P. Flores and Maria Victoria G Flores | Order No.: |
| | Chapter 13 |
| Debtors | |

## AMENDED DECLARATION RE: BREACH OF CONDITION

STATE OF __S C__ )
                                )ss.
COUNTY OF __York__ )

I, __Teresa Diaz-Cochran__, under the penalty of perjury of the United States, declare and state:

1. As to the following facts, I know them to be true of my personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am an employee of Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc., Secured Creditor herein, and am most familiar with the loan and the bankruptcy case.

3. The real property subject to the Deed of Trust is commonly described as 4327 Mesa Landing Ave., North Las Vegas, NV 89085 and legally described as follows:

The land referred to in this Commitment is situated in the City of North Las Vegas, county of Clark, Start of Nevada and is described as follows:

Parcel I:

Lot 128 of Grand Teton/Valley NW 80 R1-60 No. 1, as shown by map thereof on file in Book 121 of Plats, page 26, in the Office of the County Recorder of Clark County, Nevada and amended by Certificate of Amendment recorded January 14, 2005 in Boom 20040114 as Document No. 04106

and amended by Certificate of Amendment recorded June 16, 2005 in Book 20050616 as Document No. 0001448.

Parcel II:

An easement for ingress and egress over private streets and common areas as shown and delineated on said map.

4. I have examined the document entitled "Order Regarding Adequate Protection", a copy of which is attached hereto and marked as Exhibit "A" and incorporated herein by reference. I represent my personal knowledge as to whether the Debtors have complied with the requirements of said Order.

5. Pursuant to the aforementioned Order, the Debtors would have fifteen (15) days from the date of this Declaration in which to cure the delinquencies due. If upon the 16th day, Debtors failed to so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured Creditor.

6. As of the date of this Declaration, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---|
| 2 Monthly Payments at $1,971.70 (March 1, 2011 - April 1, 2011) | $3,943.40 |
| 1 Late Charge (March 1, 2011) | $82.76 |
| 1 Adequate Protection Charge (March 20, 2011) | $1,209.81 |
| Attorneys Fees | $50.00 |
| Suspense Amount | ($137.41) |
| Total | $5,148.56 |

7. Debtors are responsible for the subsequent payments that will come due during this Breach period:

    a.    0 Monthly Payments
    b.    1 Stipulated payment at $1,209.81

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

8. Due to Debtors' failure to timely and properly comply with the Order as set forth hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the Stay Order to take possession of its real property.

9. These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance and are now owing to Secured Creditor from Debtors pursuant to the Deed of Trust.

10. Should the Debtor cure the default, the Debtors must forward the funds to:

GREGORY L. WILDE, ESQ.
TIFFANY & BOSCO, P.A
212 South Jones Boulevard
Las Vegas, Nevada 89107

I declare under penalty of perjury that the foregoing is true and correct.

_____
VP Loan Documentation
Teresa Diaz-Cochran

SUBSCRIBED and SWORN to before me this 13 day of April, 2011

_____
Notary Public in and for said State and County

JOSHUA M. PLUMMER
NOTARY PUBLIC
SOUTH CAROLINA
MY COMMISSION EXPIRES 8-12-2020

Entered on Docket
November 09, 2010

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.
08-73508

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-14781-lbr |
| Orville P. Flores and Maria Victoria Flores | MS Motion No. 65<br>Date: October 4, 2010<br>Time: 10:30 AM |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,



Exhibit A

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments(s) at $2,036.85 (August 1, 2010 - October 1, 2010) | $6,110.55 |
| 3 Late Charge(s) at $82.76 (August 1, 2010 - October 1, 2010) | $248.28 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $7,258.83 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,209.81 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the November 20, 2010 payment and continuing throughout and concluding on or before March 20, 2010. The sixth final payment in the amount of $1,209.78 shall be paid on or before April 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the October 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4327 Mesa Landing Ave North Las Vegas, NV 89085, and legally described as follows:

Parcel I:
Lot 128 of Grand Teton/Valley NW 80 R1-60 No. 1, as shown by map thereof on file in Book 121 of Plats, page 26, in the Office of the County Recorder of Clark County, Nevada and amended by Certificate of Amendment recorded January 14, 2005 in Boom 20040114 as Document No. 04106 and amended by Certificate of Amendment recorded June 16, 2005 in Book 20050616 as Document No. 0001448.

Parcel II:
An easement for ingress and egress over private streets and common areas as shown and delineated on said map.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement.

1      If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured
2  Creditor may submit to this Court an Order vacating the automatic stay as to Secured
3  Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
4  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
5  possession thereof.
6      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor
7  shall give Debtors at least fourteen business days' notice of the time, place and date of sale.

10 Submitted by:
11 WILDE & ASSOCIATES
12
13 By_____
   GREGORY L. WILDE, ESQ.
14 Attorneys for Secured Creditor
   212 South Jones Boulevard
15 Las Vegas, Nevada 89107

16 APPROVED AS TO FORM & CONTENT:

17 Kathleen A Leavitt                          George Haines
18 By_____           By_____
19
   Kathleen A Leavitt                          George Haines
20 Chapter 13 Trustee                          Attorney for Debtors
   201 Las Vegas Blvd., So. #200               1020 Garces Avenue
21 Las Vegas, NV 89101                         Las Vegas, NV 89101
22
23                                             Nevada Bar No._____

1. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least fourteen business days' notice of the time, place and date of sale.

Submitted by:

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By_____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

George Haines

By_____

George Haines
Attorney for Debtors
1020 Garces Avenue
Las Vegas, NV 89101

Nevada Bar No._____

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).
\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.
_x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

_x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
_X_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_X_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.
08-73508

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 08-14781-lbr |
| Orville P. Flores and Maria Victoria G Flores | Order No. |
| | Chapter 13 |
| Debtors. | |

### CERTIFICATE OF MAILING OF DECLARATION RE BREACH OF CONDITION

1. On 4/20/2011 I served the following document(s):

    AMENDED DECLARATION RE: BREACH OF CONDITION

2. I served the above-named document(s) by the following means to the persons as listed below:

    X   a. ECF System

    George Haines
    ghaines@HainesandKrieger.com
    Attorney for Debtors

    Kathleen A Leavitt
    courtsecf3@las13.com
    Trustee

```
 1
 2        X  b. United States mail, postage fully prepaid:
 3
             Orville P. Flores and Maria Victoria G Flores
 4           4327 Mesa Landing Ave.
             North Las Vegas, NV  89085
 5           Debtors
 6     ☐  c. Personal Service (List persons and addresses. Attach additional paper if necessary)
 7        I personally delivered the document(s) to the persons at these addresses:
          ☐    1.    For a party represented by an attorney, delivery was made by handing the
 8
       document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge
 9
       by leaving the document(s) in a conspicuous place in the office.
10
          N/A
11
          ☐    2.    For a party, delivery was made by handing the document(s) to the party or
12
       by leaving the document(s) at the person's dwelling house or usual place of abode with someone
13
       of suitable age and discretion residing there.
14        N/A
15     ☐  d. By direct mail (as opposed to through the ECF System)
16        (List persons and email addresses. Attach additional paper if necessary)
17      Based upon the written assignment of the parties to accept service by email or a court order. I
18     caused the document(s) to be sent to the persons at the mail addresses listed below. I did not
19     receive, within a reasonable time after the transmission, any electronic message or other
20     indication that the transmission was unsuccessful.
21     ☐  e. By fax transmission (List persons and fax numbers. Attach additional paper if necessary)
22        Based upon the written assignment of the parties to accept service by fax transmission or
23     a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error
24     was reported by the fax machine that I used. A copy of the record of the fax transmission is
25     attached.
26
```

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : *[signature]*